ant below as a result of its belief that corporations, as such, being exempt from the application of the general usury law (Matlack Properties, Inc., v. Citizens & Southern Nat. Bank [Fla.] 162 So. 148), were likewise not entitled to claim relief against usury charged by a small loan licensee under chapter 10177, Acts 1925, supra.

The decree is modified to accord with the holding of the last above set forth paragraph of this opinion, and as so modified, is affirmed.

Modified and affirmed.

WHITFIELD, C. J., and BROWN, J., concur.

ELLIS, P. J., and TERRELL and BUFORD, JJ., concur in the opinion and judgment.

Hope Strong, of Winter Park, and William K. Whitfield, of Tallahassee, for defendant in error.

PER CURIAM.

This cause having heretofore been submitted to the court upon the transcript of the record of the judgment herein and briefs and argument of counsel for the respective parties, and the record having been seen· and inspected, and the court being now advised of its judgment to be given in the premises, it seems to the court that there is no error in the said judgment. It is therefore considered, ordered, and adjudged by the court that the said judgment of the circuit court be, and the same is hereby, affirmed upon the authority of the opinion and judgment of this court in the case of Sholtz v. State ex rel. Ben Hur Life Association, 165 So. 39.

Affirmed.

WHITFIELD, C. J., and ELLIS, TERRELL, BROWN, BUFORD, and DAVIS, JJ., concur.

### SHOLTZ et al. v. STATE ex rel. Mc-MASTER.

Supreme Court of Florida.

May 9, 1936.

Rehearing Denied May 21, 1936.

Extraordinary Petition for Rehearing Denied May 28, 1936.

Cary D. Landis, Atty. Gen., and H. E. Carter and James B. Watson, Asst. Attys. Gen., for plaintiffs in error.